UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSE HARBIN                                                CIVIL ACTION

VERSUS                                                      NO. 06-9597

PRIDE OFFSHORE, INC.                                        SECTION "K"(2)

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice,

**IT IS HEREBY ORDERED** that the claims of plaintiff Jessie Harbin, against defendant Pride Offshore, Inc., including all claims and demands presented therein, are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of July, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE